**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Michael A. HARRIS, Defendant—Appellant.**

**No. 03–7356.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 19, 2004.

Decided: April 12, 2004.

Michael A. Harris, Appellant pro se.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael A. Harris appeals the district court's orders denying his "Motion for Downward Departure and/or Relief from Sentencing Enhancements Through Reconsideration of a Sentence of Imprisonment" and motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Harris,* No. CR–93–1 (E.D. Va. Aug. 4, 2003 & Sept. 2, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*